JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AVITUS, INC., a Montana Corporation; and BETTER BUSINESS SYSTEMS, INC. dba AVITUS GROUP, a Montana Corporation, | **Case No.: 2:19-CV-09789-SVW-JEM** |
| | *Hon. Judge Stephen V. Wilson* |
| Plaintiffs, | **ORDER DISMISSING ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| JASON SPEES, an individual; JOHN CORDOVA, an individual; CoADVANTAGE CORPORATION, a Delaware Corporation; and DOES 1 to 100, inclusive, | Action Filed:   11/14/2019 Trial Date:     07/07/2020 |
| Defendants. | |

## <u>ORDER</u>

     This stipulation is approved.  The entire action stated herein against all parties, is hereby dismissed with prejudice.

**SO ORDERED** this 25th day of June, 2020.

_____
*Judge Stephen V. Wilson*

1